IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA,

CASE NO. CR201-00040-001

v.

LAWRENCE DAVID PINKOFF,

    Defendant.
_____/

## ORDER ON PERMITTING DEFENDANT TO TRAVEL OUTSIDE THE COUNTRY

This Cause having come before this Court on *Defendant, Lawrence David Pinkoff's Motion to Permit Travel Outside the United States*, and the Court being otherwise duly advise, it is hereby ordered as follows:

1. The Defendant hereby has the permission from this Court to travel outside the country to Ireland, the United Kingdom, Italy, and Portugal for the purposes of a family vacation from June 23, 2005 through August 3, 2005.

2. The Defendant shall provide his United States Probation Officer, Anthony Gagliardi, with his itinerary prior to his departure.

3. The Defendant shall report to his USPO within twenty-four (24) hours of his return to the United States.

DONE AND ORDERED on this 3rd day of June, 2005.

                                                                   UNITED STATES DISTRICT COURT JUDGE

cc:    Philip J. Lyons, USPO
        Anthony Gagliardi, USPO
        Bernard M. Cassidy, Esq.
        Joseph D. Newman, AUSA