PROB 35  
(Rev. 5/01)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

FILED  
U.S. DIST. COURT  
BRUNSWICK DIV.  
2005 OCT -6 A 10: 03

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

UNITED STATES OF AMERICA

V.   Crim. No. CR201-00040-001

Lawrence David Pinkoff

On February 19, 2003, the above-named was placed on probation for a period of five years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Lawrence David Pinkoff be discharged from probation.

Respectfully submitted,

Philip J. Lyons  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this _____6th_____ day of _____Oct._____, 20_05_.

Judge, U.S. Court