# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR201-40 |
| v. | ) | |
| | ) | |
| LAWRENCE PINKOFF | ) | |

## ORDER

Upon motion of the United States, it is ORDERED that the search warrant affidavit in the above case be unsealed.

This 14th day of February, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA